**Opinion issued July 12, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00213-CV

———————————

**MARCO M. SCOTT, Appellant**

**V.**

**RAMONA NICHOLS, Appellee**

———————————

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-56734**

———————————

## MEMORANDUM OPINION

Appellant, Marco M. Scott, has neither established indigence nor paid all the required fees. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also*

TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). After being notified on March 7, 2012 that this appeal was subject to dismissal if the fees were not paid within 10 days, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for nonpayment of all required fees.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.